IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANCES DEFENDORF, as the Guardian of LINDSAY PIKE,<br><br>       Plaintiff,<br><br>v.<br><br>MIDWEST TERMINALS OF TOLEDO, INC., MIDWEST TERMINALS OF TOLEDO, INTERNATIONAL, INC., IRONVILLE RAIL AND TRANSFER, LLC, AND TREY WILSON,<br><br>       Defendants. | Civil Action No.<br>4:20-CV-79-MHC |

## DECLARATION OF LAURI JUSTEN

This declaration is made in accordance with and pursuant to 28 U.S. Code § 1746.

I, Lauri Justen, declare under penalty of perjury under the laws of the United States of America, that the following statements are true and correct:

1.      I am over the age of eighteen (18), have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently thereto.

2.      I am employed by Midwest Terminals of Toledo, Inc. ("Midwest") as Human Resource Director. I have held this position since September 2005. In this position, I am responsible for overseeing the day-to-day human resources matters

for Midwest and Ironville Rail & Transfer, LLC ("Ironville"), and as a result, I am intimately familiar with all of Ironville's human resources policies, practices and procedures. Midwest and Ironville share the same parent corporation, Ohio Holdings, Inc. However, each company is a separate and distinct legal entity.

3. Based on my role as Human Resource Director, I can confirm that Ironville, as a part of its regular and routine business practice, maintains and provides to its employees a Safety Policy Handbook, Equipment and Vehicle Policy, and Travel Meals & Lodging Policy. These policies are issued by Midwest but are applicable to Ironville employees.

4. Exhibit A, attached hereto, is a true and correct copy of the Drugfree Safe Workplace Policy section of the Safety Policy Handbook, produced as IRONVILLE 00000251-273.

5. Exhibit B, attached hereto, is a true and correct copy of the Equipment and Vehicle Policy, produced as IRONVILLE 00000134-136.

6. Exhibit C, attached hereto, is a true and correct copy of the Travel Meals & Lodging Policy, produced as IRONVILLE 00000274-275.

7. As part of the Travel Meals & Lodging Policy, employees assigned damage prevention work who are required to travel are issued a company credit card for meal and hotel expenses. Exhibit D, attached hereto, is a true and correct copy

of the Credit Card Statement for the credit card issued to Trey Wilson, produced as IRONVILLE 00000276.

8.      On November 24, 2019, I obtained a copy of the Georgia Motor Vehicle Crash Report, Agency Case No. 2019-00020871, and dated November 17, 2019 from Laura Gwin, Administrative Services, Cartersville, GA Police Department. Exhibit E, attached hereto, is a true and correct copy of the Georgia Motor Vehicle Crash Report, produced as IRONVILLE 00000066- 068.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of November, 2020.

*Lauri A. Justen*
Lauri Justen